█ In the Matter of Missouri Realty Corp., Petitioner, v. New York State Liquor Authority, Respondent.

Concur — Stevens, J. P., Eager, Steuer, Rabin and McNally, JJ.